**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John P. Warden, ) | CIV-07-2273-PHX-MHB |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Coolidge Unified School District, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Court having considered Plaintiff's motion for permission to appeal in forma pauperis (Doc. #79) and Plaintiff's papers in support of said motion,

**IT IS ORDERED** that Plaintiff's motion for permission to appeal in forma pauperis (Doc. #79) is **DENIED**;

**IT IS FURTHER ORDERED** that Defendant Arizona Education Association's motion to require appellant to file a bond for costs on appeal (Doc. #81) is **DENIED**.

DATED this 26th day of October, 2009.

/s/ Michelle H. Burns
Michelle H. Burns
United States Magistrate Judge